4481.   LOW *v.* FOSTER.

HILL, C. J.   This being a suit in a justice's court, on an account proved by the written affidavit of the plaintiff, where the defendant filed no counter-affidavit denying the justness and fairness of the account, or any part thereof, the justice should have given judgment in favor of the plaintiff; and, on certiorari, a final judgment should have been entered by the judge of the superior court in favor of the plaintiff. Civil Code (1910), § 4730.                    *Judgment reversed.*

DECIDED MARCH 18, 1913. REHEARING DENIED APRIL 16, 1913.

Certiorari; from Campbell superior court—Judge Roan. August 5, 1912.

*W. E. Suttles,* for plaintiff.

*J. F. Golightly,* for defendant.